**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT CAMPBELL,** | ) | **CASE NO.  5:04 CV 2505** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE UNIVERSITY OF AKRON,** | ) | **JUDGMENT** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court upon the Defendant The University of Akron's Motion for Summary Judgment (Dkt. #17).  For the reasons set forth in the Memorandum Opinion and Order issued contemporaneously herewith, and incorporated herein by reference, the Court hereby orders that the Defendant's Motion for Summary Judgment is **GRANTED**.  Accordingly, **JUDGMENT** is entered in favor of the Defendant.

    **IT IS SO ORDERED.**

                                                  **/s/** *Peter C. Economus* **– 10/26/05**
                                                  **PETER C. ECONOMUS**
                                                  **UNITED STATES DISTRICT JUDGE**