Merritt & Loew  
Court Reporting Service  
330 Quaker Square  
120 E. Mill St.  
Akron, OH 44308  

Phone: 330 434-1333  
Fax: 330 434-4334  
E-mail: merrittloew@sbcglobal.net  

Invoice No.: 2500454  
Invoice Date: 05/23/05  

Tax ID# 34-1541638  

Bill To: Paul L. Jackson  
Roetzel & Andress  
222 S. Main Street  
Akron, OH 44308  

| | Job Date 05/06/05 | Job Number 12496 | Reporter: Stephanie Dean |
|---|---|---|---|
| Campbell vs. Univ of Akron | | | Amount |
| Deposition(s) of Robert Campbell | | | 0.00 |
| Attendance of Reporter | | | 225.00 |
| Original Transcript | | | 438.40 |
| Delivered 5/20/05 | | | 0.00 |
| | | Total | 663.40 |
| | | Total Due $ | 663.40 |

**Thank you for using Merritt & Loew**

**INVOICES DUE UPON RECEIPT. NOT CONTINGENT UPON CLIENT PAYMENT.**  
The party named on this invoice is held responsible for payment.

Merritt & Loew  
Court Reporting Service  
330 Quaker Square  
120 E. Mill St.  
Akron, OH 44308  

Phone: 330 434-1333  
Fax: 330 434-4334  
E-mail: merrittloew@sbcglobal.net  

Invoice No.: 2500427  
Invoice Date: 05/16/05  

Tax ID# 34-1541638  

Bill To: Paul L. Jackson  
Roetzel & Andress  
222 S. Main Street  
Akron, OH 44308  

| | Job Date 05/13/05 | Job Number 12506 | Reporter: Stephanie Dean |
|---|---|---|---|
| Campbell vs. University of Akron | | | Amount |
| Deposition(s) of Robert Campbell | | | 0.00 |
| Attendance of Reporter | | | 150.00 |
| | | Total | 150.00 |
| | | Total Due $ | 150.00 |

Thank you for using Merritt & Loew

**INVOICES DUE UPON RECEIPT. NOT CONTINGENT UPON CLIENT PAYMENT.**
**The party named on this invoice is held responsible for payment.**

Merritt & Loew  
Court Reporting Service  
330 Quaker Square  
120 E. Mill St.  
Akron, OH 44308  

Phone: 330 434-1333  
Fax: 330 434-4334  
E-mail: merrittloew@sbcglobal.net  

voice No.: 2500479  
Invoice Date: 05/31/05  

Tax ID# 34-1541638  

Bill To: Paul L. Jackson  
Roetzel & Andress  
222 S. Main Street  
Akron, OH 44308  

| | Job Date 05/13/05 | Job Number 12506 | Reporter: Stephanie Dean |
|---|---|---|---|
| Campbell vs. University of Akron | | | Amount |
| Deposition(s) of Robert Campbell | | | 0.00 |
| Original Transcript | | | 390.40 |
| | | Total | 390.40 |
| | | Total Due   $ | 390.40 |

**Thank you for using Merritt & Loew**

**INVOICES DUE UPON RECEIPT. NOT CONTINGENT UPON CLIENT PAYMENT.**
The party named on this invoice is held responsible for payment.